**Entered on Docket
December 02, 2009**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: December 02, 2009

_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

Drew Henwood, Esq.
The Law Offices of Drew Henwood
41 Sutter Street, Suite 621
San Francisco, CA 94104
California Bar No. 184529
(415) 362-7412
(415) 362-7290 fax

Attorney for debtor
Pamela I. Wolpa

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                   Case No. 09-44811

                                         Chapter 13
Pamela I. Wolpa,
                                         ORDER VALUING LIEN OF JUNIOR
                                         LIENHOLDER KEYS CONDOMINIUM OWNERS
                                         HOMEOWNERS ASSOCIATION'S CLAIM AS
                                         WHOLLY UNSECURED AND VOID THE JUNIOR
                                         LIEN
            Debtor.
_____/

On July 1, 2009, Debtor filed a motion to value the junior lien of KEYS CONDOMINIUM OWNERS HOMEOWNERS ASSOCIATION (hereinafter Lienholder) against the property commonly known as 470 N. Civic Dr., #206, Walnut Creek, CA 94596, which lien was recorded in County of Contra Costa Recorder's Office on or about on July 11, 2007, with Document No. 2007-0199093-00 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows.

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, KEYS CONDOMINIUM OWNERS HOMEOWNERS ASSOCIATION does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. [§§ 506, 1123(b)(5) and 1141 / §§ 506, 1322 (b)(2) and 1327].

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

-1-

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

****END OF ORDER****

COURT SERVICE LIST

**Office of the U.S. Trustee**
1301 Clay Street #690N
Oakland, CA 94612

**Chapter 13 Trustee**
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

**Alameda County Property Tax Department**
P.O. Box 5218
Pasadena, CA
91117-0218

**KEYS CONDOMINIUM OWNERS HOMEOWNERS ASSOCIATION**
C/O PRO SOLUTIONS
Catherine Tucker, Association Agent
PO Box 311
Pittsburg, CA 94565

Page 3 -ORDER VALUING LIEN OF JUNIOR KEYS CONDOMINIUM OWNERS HOMEOWNERS
ASSOCIATION'S CLAIM AS WHOLLY UNSECURED AND VOID THE JUNIOR LIEN
-3-
In re Pamela I. Wolpa
Chapter 13 Case No. 09-44811

Case: 09-44811    Doc# 34    Filed: 12/02/09    Entered: 12/02/09 15:10:27    Page 3 of 3